**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6070**

_____

LEMOYNE VENEY,

Plaintiff – Appellant,

V.

TAMERA LYNN FINE; MARK WALTER CROOKS; MANISHA GARNER; BRENDAN HURSON; ROBERT SPELKE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, District Judge. (1:15-cv-03965-RDB)

_____

Submitted:  March 29, 2016          Decided:  April 1, 2016

_____

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lemoyne Veney, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lemoyne Vesey appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Veney v. Fine, No. 1:15-cv-03965-RDB (D. Md. Jan. 8, 2016). We also deny Veney's motions to amend the complaint, to strike the district court's order, to disqualify the district court judge, to assign counsel, and for the production of transcripts and other documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED